TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SARA B. MILSTEIN (Cal. Bar No. 313370)
Assistant United States Attorney
Violent & Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8611
    Facsimile: (213) 894-3713
    E-mail:   sara.milstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: SEARCH WARRANT FOR:<br><br>The person of Jonathan Joseph Nasser | No.  2:20-MJ-04711<br><br>GOVERNMENT'S EX PARTE APPLICATION TO UNSEAL SEARCH WARRANT, APPLICATION, AND AFFIDAVIT; PROPOSED ORDER |
| --- | --- |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Sara Milstein, hereby files an Ex Parte Application To Unseal Search Warrant, Application, and Affidavit.

//

//

//

This Application is based upon the attached declaration of Sara Milstein, the files and records in this case, and such further evidence and argument as the Court may permit.


Dated: 11/18/2021                    Respectfully submitted,

                                     TRACY L. WILKISON
                                     United States Attorney

                                     SCOTT M. GARRINGER
                                     Assistant United States Attorney
                                     Chief, Criminal Division


                                     _____/s/_____
                                     SARA B. MILSTEIN
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

### DECLARATION OF SARA MILSTEIN

I, Sara Milstein, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for Central District of California.  I have been assigned the task of unsealing the search warrant and affidavit in this matter.

2.    On October 1, 2020, the Honorable John McDermott, United States Magistrate Judge, issued a warrant in 2:20-MJ-04711 to search the person of Jonathan Joseph Nasser.  The warrant was issued under seal and remains sealed on the docket.

3.    On November 17, 2021, I was contacted by the affiant of the search warrant, FBI Special Agent Clint Wilmsen, who requested that I obtain an order unsealing the search warrant.  Special Agent Wilmsen anticipates the Los Angeles County District Attorney's Office will prosecute the target of the search warrant.  In order for the state prosecutor to comply with their discovery obligations, they need to produce a copy of the search warrant and accompanying documents.

4.    The reasons to keep the warrant, application, and affidavit under seal — namely to prevent the target subject from learning about the impending searches — now no longer apply.  Accordingly, Special Agent Wilmsen and I do not believe that sealing is necessary any longer.

//

//

//

5.    For these reasons, I seek an order unsealing the search warrants and accompanying affidavit.

1    I declare under penalty of perjury under the laws of the United

2 States of America that the foregoing is true and correct and that

3 this declaration is executed at Los Angeles, California, on November

4 18, 2021.

5

6                                                          _____

7                                                          SARA MILSTEIN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28